# ATTACHMENT 1

# James M. Sabovich

| | |
|---|---|
| **From:** | James M. Sabovich |
| **Sent:** | Tuesday, August 8, 2023 8:42 AM |
| **To:** | 'U.S. Court of Appeals for the Ninth Circuit, CM/ECF Help Desk' |
| **Cc:** | Debora Halbert; David Darnell; Dawn Conrad |
| **Subject:** | RE: ACTION REQUIRED: Deficient Filing in 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al [ID: ##514908##] |

Much appreciated. Have a good day.

James M. Sabovich
Callahan & Blaine
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA 92707
TEL: (714) 241-4444, ext. 312
CELL (949) 861-0262
jsabovich@callahan-law.com

**From:** U.S. Court of Appeals for the Ninth Circuit, CM/ECF Help Desk [mailto:cmecf_ca9help@ca9.uscourts.gov]
**Sent:** Tuesday, August 8, 2023 8:41 AM
**To:** James M. Sabovich <jsabovich@callahan-law.com>
**Cc:** Debora Halbert <Dhalbert@callahan-law.com>; David Darnell <ddarnell@callahan-law.com>; cmecf_ca9help@ca9.uscourts.gov; Dawn Conrad <dconrad@callahan-law.com>
**Subject:** ACTION REQUIRED: Deficient Filing in 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al [ID: ##514908##]

Thank you. The docket has been updated. No additional corrections required.

U.S. Court of Appeals for the 9th Circuit
Electronic Case Filing information: http://www.ca9.uscourts.gov/cmecf
Frequently Asked Questions About CM/ECF: http://www.ca9.uscourts.gov/cmecf/faqs
PACER Frequently Asked Questions pages: https://www.pacer.gov/psc/hfaq.html (PDF and NextGen CM/ECF tabs)

<---- From James M. Sabovich<jsabovich@callahan-law.com> on Aug 7, 2023 05:19 PM ---->

As a follow-up to the below, please note that per my declaration, I was out of the office for a medical procedure from August 2 to 4.

Regards

James Sabovich

1

James M. Sabovich

Callahan & Blaine

3 Hutton Centre Drive, Ninth Floor

Santa Ana, CA  92707

TEL:  (714) 241-4444, ext. 312

CELL (949) 861-0262

jsabovich@callahan-law.com

---

**From:** Dawn Conrad
**Sent:** Monday, August 7, 2023 5:17 PM
**To:** cmecf_ca9help@ca9.uscourts.gov
**Cc:** David Darnell <ddarnell@callahan-law.com>; James M. Sabovich <jsabovich@callahan-law.com>; Debora Halbert <Dhalbert@callahan-law.com>
**Subject:** FW: ACTION REQUIRED: Deficient Filing in 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al [ID: ##514908##]

Good afternoon,

Please see the attached Motion to Join and supporting Declaration.  Should you have any questions or difficult opening the attachments, please contact our office at your earliest convenience.

Thank you.

*Dawn Conrad*

*CALLAHAN & BLAINE, APLC*

*3 Hutton Centre Drive, Ninth Floor*

*Santa Ana, CA 92707*

*Tel: (714) 241-4444, Ext. 428*

2

**From:** James M. Sabovich
**Sent:** Monday, August 7, 2023 4:50 PM
**To:** Dawn Conrad <dconrad@callahan-law.com>
**Subject:** Fwd: ACTION REQUIRED: Deficient Filing in 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al [ID: ##514908##]


---------- Forwarded message ----------
From: "U.S. Court of Appeals for the Ninth Circuit, CM/ECF Help Desk" <cmecf_ca9help@ca9.uscourts.gov>
Date: Aug 2, 2023 1:25 PM
Subject: ACTION REQUIRED: Deficient Filing in 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al [ID: ##514908##]
To: "James M. Sabovich" <jsabovich@callahan-law.com>
Cc:

> Hello,
> You entered the following filing(s) in case 22-55992 Natural-Immunogenics Corp. v. Newport Trial Group, et al:
>
> - *08/01/2023 Pending Motion/Petition 51 Filed (ECF) Appellants Scott J. Ferrell and Newport Trial Group in 22-55992, Appellees Scott J. Ferrell and Newport Trial Group in 22-56041 Motion to join in Opening brief filed on 03/01/2023. Date of service: 08/01/2023. [12766162] [, 22-56041] (Sabovich, James) [Entered: 08/01/2023 03:22 PM]*
>
> The Court **cannot** process the filing(s). Each problem with its solution is listed below. **DO NOT FILE ANYTHING ELECTRONICALLY and do not make any changes (including dates) other than those requested by the court.**
>
>
> **Problem:** It appears that you are trying to file a joinder to a brief from another case that is not consolidated or cross-appealed, which is not allowed. "In a case involving more than one appellant or appellee, including consolidated cases, any number of appellants and appellees may join in a brief, and any party may adopt by reference a part of another's brief."
>
>
> **Solution:** A motion is required. Prepare and reply to this email with the motion.
>
>
> Complete the steps to solve the problem(s) listed above and **reply to this email (cmecf_ca9help@ca9.uscourts.gov) with the corrected PDF file(s) by 5:00 p.m. Pacific Time tomorrow, August 3, 2023**. Please reply to this email (cmecf_ca9help@ca9.uscourts.gov) with any questions about this request.

3

When you reply, do not change the subject line of this message because we require the ID code for tracking purposes.

**DO NOT FILE ANYTHING ELECTRONICALLY and do not make any changes (including dates) other than those requested by the court.**

The Court will update the entry behind the scenes and resend the notice to electronic case participants.

Thank you in advance for your **prompt** attention to this request.

U.S. Court of Appeals for the 9th Circuit

Electronic Case Filing information: http://www.ca9.uscourts.gov/cmecf

Frequently Asked Questions About CM/ECF: http://www.ca9.uscourts.gov/cmecf/faqs

PACER Frequently Asked Questions pages: https://www.pacer.gov/psc/hfaq.html (PDF and NextGen CM/ECF tabs)

**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.